UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | Case No. 3:18-CR-00366-N |
| § | |
| **KAIRODSHA RULAI PERKINS,** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Elizabeth K. Stepp of Oberheiden P.C. hereby enters her notice of appearance as counsel for Defendant Kai Perkins in this case. Ms. Stepp is a member of this Court and her contact information is as follows:

Elizabeth K. Stepp
Texas Bar No. 00788467
eks@federal-lawyer.com
OBERHEIDEN, P.C.
440 Louisiana St., Suite 440
Houston, Texas 77002
(214) 334-7648 (Telephone)
(972) 559-3365 (Facsimile)

WHEREBY, Elizabeth K. Stepp respectfully requests that she be added to this case as attorney for Defendant Kai Perkins and that she hereafter receive notice of all settings and filings in this matter.

Date:  May 6, 2021

                                                              Respectfully submitted,

                                                              */s/ Elizabeth K. Stepp*
                                                               Elizabeth K. Stepp
                                                               OBERHEIDEN, P.C.
                                                             Texas Bar No.00788467
                                                             eks@federal-lawyer.com
                                                          440 Louisiana St., Suite 200
                                                            Houston, Texas 77002
                                                          (214) 334-7648 (Telephone)
                                                          (972) 559-3365 (Facsimile)

*Attorneys for Defendant Kai Perkins*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, a true and correct copy of the above and foregoing instrument was served on all counsel of record through the Court's CM/ECF filing system.

                                                                       */s/ Elizabeth K. Stepp*
                                                                        Elizabeth K. Stepp