UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § § | Case No. 3:18-CR-00366-N |
| KAIRODSHA RULAI PERKINS, § § § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Nick Oberheiden of Oberheiden P.C. hereby enters his notice of appearance as counsel for Defendant Kai Perkins in this case. Mr. Oberheiden is a member of this Court and his contact information is as follows:

Nick Oberheiden
N.Y. Reg. No. 4619011
nick@federal-lawyer.com
OBERHEIDEN, P.C.
440 Louisiana St., Suite 440
Houston, Texas 77002
(310) 873-8140 (Telephone)
(972) 559-3365 (Facsimile)

WHEREBY, Nick Oberheiden respectfully requests that he be added to this case as attorney for Defendant Kai Perkins and that he hereafter receive notice of all settings and filings in this matter.

Date: May 6, 2021

                                                                                    Respectfully submitted,

                                                               */s/ Nick Oberheiden*
                                                                       Nick Oberheiden
                                                                       OBERHEIDEN, P.C.
                                                                    N.Y. Reg. No. 4619011
                                                               eks@federal-lawyer.com
                                                          440 Louisiana St., Suite 200
                                                              Houston, Texas 77002
                                                          (310) 873-8140 (Telephone)
                                                          (972) 559-3365 (Facsimile)

*Attorneys for Defendant Kai Perkins*


## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, a true and correct copy of the above and foregoing instrument was served on all counsel of record through the Court's CM/ECF filing system.

                                                                      */s/ Nick Oberheiden*
                                                                        Nick Oberheiden