UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:18-CR-366-N |
| | § | |
| KAIRODSHA RULAI PERKINS | § | |

## MOTION TO WITHDRAW

NOW COMES, Douglas C. Greene, counsel for defendant **KAIRODSHA RULAI PERKINS.** It has been confirmed that Ms. Perkins has terminated counsel's services and has retained new counsel who have filed their respective Notices of Appearance in this matter.

WHEREFORE, counsel requests and prays that this motion and counsel be allowed to withdraw from further representation in this matter.

Respectfully submitted,

/s/ Douglas C. Greene
Douglas C. Greene
**GREENE LAW FIRM**
1309B W. Abram St.  Suite #200
Arlington, Texas  76013
(817) 622-8806
(817) 887-1875 facsimile
SBN # 49173

## CERTIFICATE OF SERVICE

I, Douglas C. Greene, hereby certify that on May 10, 2021 a copy of the foregoing motion to withdraw was delivered by ECF to Sid Mody, the assigned AUSA at the United States Attorney's office in Dallas, Texas and to this court.

/s/ Douglas C. Greene
**DOUGLAS C. GREENE**